# EXHIBIT B
## PLAN PAYMENTS AND TERMS
### RENTAL INCOME AND EXPENSES
### GREEN OAK ENTERPRISES, LLC
### CHAPTER 11   CASE NO 12-58823-CRM

| Class | Property Address | Claim # | Allowed Secured Claim | Plan Propy Valuation | Rental Income | Plan Paymt P&I | New Loan Terms | Taxes (mthly) | Insurnce (mthly) | Maintnce Mthly(est) | HOA Fee | Net Income Monthly |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| #1 | 655 East Campus Dr | #2 | $ 50,000.00 | $50,000.00 | $ 645.00 | $530.33 | 10yrs/5% | $54.17 | $7.92 | $8.33 | $80.00 | $ (35.75) |
| #2 | 1219 Renee Dr | #3 | $66,469.85* | $66,469.85** | $1,250.00 | $525.64 | 15yrs/5% | $108.33 | $53.33 | $41.67 | | $521.03 |
| #3 | 2603 West Regal Ct | #4 | $ 73,000.00 | $73,000.00 | | surrender | property to lender | | | | | $0.00 |
| #4 | 2641 Abington Dr | #5 | $ 72,000.00 | $ 72,000.00 | $1,250.00 | $408.81 | 30yrs 5.5% | $137.50 | $54.17 | $16.67 | | $632.85 |
| #5 | 2458 Red Oak Bend | #6 | $ 70,585.62 | $70,585.62 | $1,250.00 | $558.19 | 15yrs 5% | $115.83 | $56.67 | $16.67 | | $502.64 |
| #6 | 4725 Rock Springs Ct | #7 | $56,800.09* | $56,800.09* | $1,000.00 | $449.77 | 15yrs 5% | $95.83 | $49.17 | $16.67 | | $388.56 |
| #7 | 5220 Green Oak Ct | #9 | $137,878.30 | $250,000.00 | $1,250.00 | $761.37 | 30yrs5.25% | $433.33 | $91.67 | $41.67 | | ($78.04) |
| #8 | 413 Farm Street | #10 | $ 63,731.93 | $63,731.93 | $895.00 | $512.33 | 15yrs 5.25% | $105.83 | $47.92 | $16.67 | | $212.25 |
| #9 | 211 Wind Song Cir | no claim | $ 62,000.00 | $62,000.00 | $1,000.00 | $490.29 | 15yrs 5% | $139.58 | $55.83 | $20.83 | | $293.47 |
| #10 | 1230 Castle Pointe Ln | #8 | $125,044.89* | $165,000 | $1,000.00 | $988.86 | 15years 5% | $229.17 | $79.17 | $41.67 | | ($338.87) |
| #11 | 2nd-Mtg-JPMorgan Cha Residence | No claim | $106,000.00 | | | $145.00 | same terms | | | | | |
| TOTAL | | | | | $ 9,540.00 | $5,370.59 | | $1,419.57 | $495.85 | $300.85 | | $ 2,098.14 |
| | | | *plus post petition arrears | **plus post petition arrears | | | | | | | | |

| GENERAL UNSECURED CLAIMS (CLASS 12) | | Claim # | Allowed Unsecured Claim | Percentage of Class | Quarterly Disbursement $5000.00 | Total Disbursement $75,000.00 |
|---|---|---|---|---|---|---|
| #12 | 655 East Campus Dr | #2 | $24,307.93 | 0.241563585 | $1,208 | $ 18,117.27 |
| #12 | 2603 West Regal Ct | #4 | $35,773.00 | 0.355499384 | $1,777.50 | $ 26,662.45 |
| #12 | 2641 Abington Dr | #5 | $40,546.53 | 0.402937031 | $2,014.69 | $ 30,220.28 |
| | Total Claims | | $100,627.46 | | $5,000 | $ 75,000.00 |