UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| GREEN OAK ENTERPRISES, LLC, | : | CASE NO 12-58823-CRM |
| Debtor. | : | |
| | : | JUDGE MULLINS |
| _____ | : | |
| | : | |

**SUPPLEMENT TO**
**DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION**

GREEN OAK ENTERPRISES, LLC, the Debtor and Debtor in Possession (hereinafter the "Debtor") in the above-styled Chapter 11 case, hereby supplements the *First Amended Plan of Reorganization* [Doc. No.152] by substituting the following treatment of Administrative Expense Claims, Classes 2-7 and Class 13 Equity Interests for the Article III, Treatment of Administrative Expenses, Classes and Priority Claims and Article IV, Paragraphs 4.2 Class 2 - 4.7 Class 7 and Paragraph 4.13 Class 13 of the *First Amended Plan of Reorganization.*

**TREATMENT OF ADMINISTRATIVE EXPENSE AND PRIORITY CLAIMS**

Under §1123(a)(1) of the Bankruptcy Code, 11 U.S.C.§§101 *et seq.*, administrative expense claims are not in classes and accordingly, are considered unclassified claims. Each holder of an administrative expense claim allowed under § 503 of the Code will be paid in full on the Effective Date of this Plan, in cash, or upon such other terms as may be agreed upon by the holder of the claim and the Debtor. This includes any U.S. Trustee fees owed on or before the Effective Date of the Plan. Any creditor or party-in-interest who may have a claim for an administrative expense pursuant to Section 503 of the Bankruptcy Code shall file an application with the Court within thirty (30) days from the Effective Date (See, Article VIII, Paragraph E(2)).  No Priority

Tax Claims have been filed in this Case therefore there will be no payments to priority tax claimants.

Claimant Nationstar Mortgage, LLC has filed the following administrative expense claims which shall be paid in full within sixty (60) days of the Effective Date:

1) Administrative Expense Claim of Nationstar Mortgage, LLC as transferee of Ocwen Loan Servicing, LLC [Doc. No. 110] secured by the real property located at 1219 Renee Drive, SW Lilburn, Georgia 30047(Claim No. 11);
2) Administrative Expense Claim of Nationstar Mortgage, LLC as transferee of Ocwen Loan Servicing, LLC [Doc. No. 117] secured by the real property located at 2630 West Regal Court, Lawrenceville, Georgia 30044 (Claim No. 12);
3) Administrative Expense Claim of Nationstar Mortgage, LLC as transferee of Ocwen Loan Servicing, LLC [Doc. No. 115] secured by the real property located at 2641 Abington Drive, Snellville, Georgia 30078 (Claim No. 16);
4) Administrative Expense Claim of Nationstar Mortgage, LLC as transferee of Ocwen Loan Servicing, LLC [Doc. No. 107] secured by real property located at 2458 Red Oak Bend, Oxford, Georgia 30054 (Claim No. 17);
5) Administrative Expense Claim of Nationstar Mortgage, LLC as transferee of Ocwen Loan Servicing, LLC [Doc. No. 108] secured by real property located at 4725 Rock Springs Ct., Loganville, Georgia 30052 (Claim No. 15);
6) Administrative Expense Claim of Nationstar Mortgage, LLC as transferee of Ocwen Loan Servicing, LLC.[Doc. No. 109] secured by real property located at 1230 Castle Pointe Lane, Grayson, Georgia 30017 (Claim No. 14); and
7) Administrative Expense Claim of Nationstar Mortgage, LLC as transferee of Ocwen Loan Servicing. LLC [Doc. No. 103] secured by real property located at 5220 Green Oak Court, Sandy Springs, Georgia (Claim No. 13).

**Class 2:  Claim of Nationstar Mortgage, LLC (Claim No. 3) secured by real property located at 1219 Renee Drive SW, Lilburn, Georgia 30047** is currently subject to lender-placed insurance on the subject property.  Debtor shall make insurance premiums directly to Nationstar Mortgage, LLC on this lender-placed policy, as same come due after confirmation.  Debtor also agrees to reimburse Nationstar for any lender-based premiums paid by Nationstar after confirmation.  Should Debtor obtain outside insurance on the subject property, Debtor must provide proof of this insurance to Nationstar.  Nationstar will only cancel the lender-based policy upon Debtor providing proof of its own policy.

**Class 3: Claim of Nationstar (Claim No. 4) secured by real property located at 2630 West Regal Court Lawrenceville, Georgia 30044** is being surrendered per the *First Amended Plan of Reorganization*. Upon confirmation of Debtor's *First Amended Plan of Reorganization*, the stay of 11 U.S.C. § 362 is **modified,** without any further order of this Court, permitting Nationstar Mortgage, LLC to immediately pursue its remedies under applicable state law and the provisions of the security documents with respect to the subject property, including the initiation of foreclosure proceedings, contacting Debtor as to the subject property and taking any lawful action to gain possession of the subject property.

**Class 4: Claim of Nationstar Mortgage, LLC (Claim No. 5) secured by real property located at 2641 Abington Drive, Snellville, Georgia 30078** is currently subject to lender-placed insurance on the subject property. Debtor shall make insurance premiums directly to Nationstar Mortgage, LLC on this lender-placed policy, as same come due after confirmation. Debtor also agrees to reimburse Nationstar for any lender-based premiums paid by Nationstar after confirmation. Should Debtor obtain outside insurance on the subject property, Debtor must provide proof of this insurance to Nationstar. Nationstar will only cancel the lender-based policy upon Debtor providing proof of its own policy.

**Class 5: Claim of Nationstar Mortgage, LLC (Claim No. 6) secured by real property located at 2458 Red Oak Bend, Oxford, Georgia 30054** is currently subject to lender-placed insurance on the subject property. Debtor shall make insurance premiums directly to Nationstar Mortgage, LLC on this lender-placed policy, as same come due after confirmation. Debtor also agrees to reimburse Nationstar for any lender-based premiums paid by Nationstar after confirmation. Should Debtor obtain outside insurance on the subject property, Debtor must provide proof of this insurance to Nationstar. Nationstar will only cancel the lender-based policy upon Debtor providing proof of its own policy.

**Class 6: Claim of Nationstar Mortgage, LLC (Claim No. 7) secured by real property located at 4725 Rock Springs Court, Loganville, Georgia 30052** is currently subject to lender-placed insurance on the subject property. Debtor shall make insurance premiums directly to Nationstar Mortgage, LLC on this lender-placed policy, as same come due after confirmation. Debtor also agrees to reimburse Nationstar for any lender-based premiums paid by Nationstar after confirmation. Should Debtor obtain outside insurance on the subject property, Debtor must provide proof of this insurance to Nationstar. Nationstar will only cancel the lender-based policy upon Debtor providing proof of its own policy.

**Class 7:  Claim of Nationstar Mortgage, LLC (Claim No. 9) secured by real property located at 5220 Green Oak Court, Sandy Springs, Georgia 30052** is currently subject to lender-placed insurance on the subject property.  Debtor shall make insurance premiums directly to Nationstar Mortgage, LLC on this lender-placed policy, as same come due after confirmation.  Debtor also agrees to reimburse Nationstar for any lender-based premiums paid by Nationstar after confirmation.  Should Debtor obtain outside insurance on the subject property, Debtor must provide proof of this insurance to Nationstar.  Nationstar will only cancel the lender-based policy upon Debtor providing proof of its own policy.

**Class 13**: **Claim of the Equity Interest and Shareholder** will receive nothing under this Plan, but will retain her interest by providing new value by the Effective Date in the amount of $46,000.00 which is necessary for the payment of administrative claims.  This new value is intended to contribute in a meaningful way to the reorganization of Green Oak Enterprises, LLC.

Other than as expressly modified by this Supplement, the terms of the *First Amended Plan of Reorganization* shall govern the rights and responsibilities of Debtor, claimants, and parties in interest.

Counsel for Green Oak Enterprises, LLC,

 */S/Karen L. Kropp*
Karen L. Kropp
GA Bar No. 429936
kkropp@danowitzlegal.com

*Danowitz & Associates, PC*
300 Galleria Parkway NW
Suite 960
Atlanta, GA 30339
770-933-0960

˘4˘

## CERTIFICATE OF SERVICE

      I, Karen L. Kropp, certify that I am over 18 years of age, and that on December 11, 2013, I served a copy of the foregoing *Supplement to First Amended Plan of Reorganization* by first class United States Mail with adequate prepaid postage to the United States Trustee, the Debtor and parties or entities requesting notices at the addresses stated:

Vivieon Kelley, Esq.
Office of the United States Trustee
362 Richard Russell Building
75 Spring Street
Atlanta, GA 30303

Drew Stutzman
Ellis, Painter, Ratteree & Adams, LP
2 East Bryan Street, 10th Floor
Savannah, GA 31401

Jill Cremens, Managing Member
Green Oak Enterprises, LLC.
1230 Castle Pointe Lane
Grayson, GA 30017

John D. Schlotter
Aldridge Connors LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305

Brandi R. Lesesne, Esq.
Johnson & Freedman, LLC
1587 Northeast Expressway,
Atlanta, GA 30329

Richard B. Maner, Esq.
5775 Glenridge Drive
Building D, Suite 100
Atlanta, GA 30328

John Andrle, Esq.
McCurdy & Candler, LLC
Six Piedmont Center, Suite 700
3525 Piedmont Rd. N.E.
Atlanta, GA 30305

| | |
|---|---|
| ***Danowitz & Associates, P.C.*** | <u>*/S/ Karen L. Kropp*</u> |
| 300 Galleria Parkway NW, Suite 960 | Karen L. Kropp |
| Atlanta, GA 30339 | Ga Bar No. 429936 |

1215281.1