

**IT IS ORDERED as set forth below:**

**Date: December 13, 2013**

_____

**C. Ray Mullins
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| GREEN OAK ENTERPISES, LLC, | ) | CASE NO. 12-58823-crm |
| Debtor. | ) |  |
|  | ) | JUDGE MULLINS |
|  | ) |  |

### ORDER APPROVING DISCLOSURE STATEMENT AND CONFIRMING FIRST AMENDED PLAN OF REORGANIZATION AS MODIFIED BY SUPPLEMENT TO FIRST AMENDED PLAN OF REORGANIZATION

The *Debtor's First Amended Plan of Reorganization* under Chapter 11 of the Bankruptcy Code filed by Green Oak Enterprises, LLC on October 10, 2013 [Doc. No. 152] (hereinafter "the Plan") was transmitted to creditors and equity security holders and was thereafter modified by the *Supplement to Debtor's First Amended Plan of Reorganization* filed and served on December 11, 2013 [Doc No. 166]; it has been determined after hearing upon notice on December 12, 2013, that the requirements for confirmation set forth in 11 U.S.C. §1129 have been satisfied.

**IT IS ORDERED** that the conditionally approved *Disclosure Statement* filed by Green Oak Enterprises, LLC. on July 19, 2013 [Doc No. 128] is approved; and

**IT IS FURTHER ORDERED** that the *Debtor's First Amended Plan of Reorganization* [Doc No. 152] as modified by the *Supplement to the Debtor's First Amended Plan of Reorganization* [Doc No 166] is CONFIRMED.  The Effective Date of the Plan shall be January 6, 2014.

**IT IS SO ORDERED**.

*END OF DOCUMENT*

[SIGNATURES AND DISTRIBUTION LIST ON FOLLOWING PAGE]

Prepared and presented by
**Counsel for the Debtor**

 */S/ Karen L. Kropp*
Karen L. Kropp.
Ga. Bar No. 429936
***Danowitz & Associates, P.C.***
300 Galleria Parkway, Suite 960
Atlanta, GA 30339
770-933-0960
kkropp@danowitzlegal.com

DISTRIBUTION LIST
Vivieon Kelley, Esq.
Office of the United States Trustee
362 Richard Russell Building
75 Spring Street
Atlanta, GA 30303

Drew Stutzman
Ellis, Painter, Ratteree & Adams, LP
2 East Bryan Street, 10th Floor
Savannah, GA 31401

Jill Cremens, Managing Member
Green Oak Enterprises, LLC.
1230 Castle Pointe Lane
Grayson, GA 30017

John D. Schlotter
Aldridge Connors LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305

Brandi R. Lesesne, Esq.
Johnson & Freedman, LLC
1587 Northeast Expressway,
Atlanta, GA 30329

Richard B. Maner, Esq.
5775 Glenridge Drive
Building D, Suite 100
Atlanta, GA 30328

Karen L. Kropp, Esq.
Danowitz & Associates, P.C.
300 Galleria Parkway NW, Suite 960
Atlanta, GA  30339